UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-Civ-61511-COOKE/TORRES

BETTER AIR INTERNATIONAL LIMITED,

    Plaintiff,

v.

ROEI BEN HAIM, TAL BEN HAIM,
ROBERT MEIROVICH and
BETTER AIR USA, INC. d/b/a AIRBIOTICS,
INC. and d/b/a AIRBIOTICS USA, LLC

    Defendants.

_____/

**FINAL JUDGMENT ORDERING CORRECTION OF INVENTORSHIP, PERMANENT INJUNCTION BY CONSENT, AND DISMISSAL OF ALL OTHER COUNTS AND COUNTERCLAIMS WITH PREJUDICE**

    THIS MATTER is before me on the parties' Better Air International, Ltd., Roei Ben Haim, Tal Ben Haim, Robert Meirovich and Airbiotics, Inc. f/k/a Better Air USA, Inc. (collectively the "Parties") Joint Motion and Stipulation for Entry of Final Permanent Injunction, Correction of Inventorship, and Dismissal of All Other Counts of the Second Amended Complaint and Counterclaim with Prejudice ("Joint Motion") (ECF No. 86). After reviewing the Joint Motion, the Parties Joint Stipulation, the record, and relevant legal authorities, it is **ORDERED AND ADJUDGED** as follows:

    (1)    The Parties' Joint Motion is **GRANTED**.

    (2)    The Parties are on notice of the Plaintiff's Second Amended Complaint to correct inventorship and, having opportunity to be heard, concede error in failing to identify Michael Hoffman as a co-inventor of **U.S. Pat. No. 8,968,610** (the "'610 Patent"). Consequently, pursuant to 35 U.S.C. § 256(b), the Court enters Final Judgment on Count VIII of the Second Amended Complaint and orders the Director of the United States Patent and Trademark Office to correct the '610 Patent, to identify Michael Hoffman of Tel Aviv, Israel as a co-inventor along with Roei Ben Haim who both conceived of the invention

claimed the '610 Patent.

(3)     Pursuant to Fed. R. Civ. P. 65(d), to preserve the *status quo*, in light of the Parties' stipulation and co-inventorship and co-ownership of the '610 Patent, each of the Defendants, their officers, directors, employees, agents, subsidiaries, distributors, servants, attorneys and all persons in active concert or participation with any of the Defendants shall be **PERMANENTLY RESTRAINED** from:

(a)     mailing, e-mailing, posting on the Internet, in a publication, letter, broadcast, television or otherwise in any document, video or sound recording any statements that suggest, imply or state directly or indirectly that the BA-008 or any other product of Plaintiff infringes the '610 Patent;

(b)     issuing cease and desist letters of the kind referenced in the Amended Complaint to Plaintiff, its affiliates, customers, distributors, and/or retailers;

(c)     using in advertising or marketing any and all research, drawings, designs or reports created by or commissioned by Better Air International, Ltd. and/or any of its predecessors in interest;

(d)     using the branding BETTER AIR, and/or BIOZONE, in conjunction with the advertising or sale of any of the Airbiotics Group's products in the United States and/or anywhere else in the universe;

(e)     instituting any action or proceeding against Better Air Group, their subsidiaries, employees, agents, affiliates, attorneys, customers, retailers or anyone else, including but not limited to Eran Danino, accusing the BA-008 or any other product or service of the Better Air Group of infringing the '610 Patent or directly or indirectly accusing the Better Air Group, its products or services of violating any non-disclosure agreement, non-compete agreement or misappropriating any of the Airbiotics Groups' alleged trade secrets or alleged trade dress.

(3)     Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) and (a)(2), and in light of the stipulation of the parties, all claims contained in the Second Amended Complaint and Counterclaim are hereby **DISMISSED** *with prejudice*, each party bearing his or its own attorneys' fees and costs.

(4)     The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Hon. Michelle K. Lee, Director of United States Patent and Trademark Office*
*Counsel of Record*